**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | :    1:06-CR-2 (WLS) |
| EFREM BERRY, | : |
|     Defendant. | : |

**ORDER**

Before the Court is Defendant's Motion in Limine (Doc. 28) and the Government's Motion in Limine (Doc. 28).  The aforementioned motions (Docs. 28, 29) are **DENIED WITHOUT PREJUDICE AS MOOT** based on entry of Defendant's plea of guilty to Counts I, II, and III of the Indictment pursuant to a plea agreement entered into by the Government and Defendant.  (Docs. 31 - 33; *see also* Doc. 34).

**SO ORDERED**, this   14th   day of September, 2006.

                                                           /s/W. Louis Sands
                                                    **W. LOUIS SANDS, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT**